IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

G & G CLOSED CIRCUIT
EVENTS, LLC                                                                                          PLAINTIFF

v.                               Case No. 4:14-cv-00535-KGB

CASTRO, *et al*.                                                                                    DEFENDANTS

## ORDER

Plaintiff G & G Closed Circuit Events, LLC, and defendants Jose M. Castro, Esmeralda Castro, Ernesto Castro, and Los 3 Portillos, LLC, have jointly filed a stipulation of dismissal without prejudice of plaintiff's complaint against Jose M. Castro, Esmeralda Castro, Ernesto Castro, and Los 3 Portillos, LLC, while requesting that this Court retain jurisdiction to enforce, if necessary, a settlement agreement reached by the parties (Dkt. No. 26). The parties stipulate further that, if no motion to reopen this action is filed by February 15, 2016, that dismissal be deemed to be with prejudice. The stipulation of dismissal does not address separate defendant Norma A. Cortez. The record before the Court indicates that Ms. Cortez was never served with process in this matter.

The Court dismisses without prejudice this case, while retaining jurisdiction over this matter until February 15, 2016. All pending motions are denied as moot, and the Court removes this case from the trial docket for the week of February 8, 2016. If no motion to reopen this case is filed prior to February 15, 2016, the Court will dismiss with prejudice this case by separate order.

So ordered this 13th day of January, 2016.

_____
Kristine G. Baker
United States District Court